UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                                                                          Case No. A19-67578-PWB
    SHEENA BLACKWELL YOUNG

        Debtor(s)

## CHAPTER 13 TRUSTEE FRBP 2012 REPORT
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

K. Edward Safir, Standing Chapter 13 Trustee for the above-captioned case, submits the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2). The time period for reporting is from the petition date through September 30, 2021, for the period of time that N. Whaley was the Interim Chapter 13 Trustee for the case.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $29,233.35 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$29,233.35** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,350.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,065.75 |
| Other | $0.00 |
| Secured Creditors | $20,134.60 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Disbursements & Expense of Administration:** | **$27,550.35** |

| | |
|---|---:|
| **Balance Transferred to Standing Trustee** | **$1,683.00** |

Dated: 10/01/2021

/s/ K. Edward Safir
Standing Chapter 13 Trustee
285 Peachtree Center Avenue, Suite 1600
Atlanta, Georgia  30303