UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING MOTION TO CONVERT TO CHAPTER 7**

CASE NO.   A19-67578-PWB          JUDGE, BONAPFEL
DEBTOR(S): SHEENA BLACKWELL YOUNG  DATE: MAY 6, 2022

BRANDI L. KIRKLAND REPORT BACK

WHETHER THE DEBTOR(S) PLAN PAYMENTS ARE CURRENT.

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

RECOMMENDS THE CASE BE CONVERTED TO CHAPTER 7 BECAUSE
THE DEBTOR HAS DEFAULTED UNDER THE TERMS OF THE ORDER
OF MAY 6, 2022 REQUIRING REGULAR AND TIMELY PLAN
PAYMENTS.

PLEASE ENTER AN ORDER CONVERTING CHAPTER 13 CASE TO
ONE UNDER CHAPTER 7. PURSUANT TO 11 U.S.C. SECTION
1307 SUBMITTED HEREWITH.

October 18, 2022

                    /s/
          BRANDI L. KIRKLAND, ATTORNEY
          STATE BAR NO. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

A19-67578-PWB

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

SHEENA BLACKWELL YOUNG
3304 QUICK WATER LANDING, NW
KENNESAW, GA 30144

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

CLARK & WASHINGTON, PC

This 18th day of October, 2022

_____/s/_____
BRANDI L. KIRKLAND, ATTORNEY
STATE BAR NO. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com