

**IT IS ORDERED as set forth below:**

Date: October 20, 2022

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

IN RE:   SHEENA BLACKWELL YOUNG,      {   CHAPTER 13
                                      {
         DEBTOR                       {   CASE NO. A19-67578-PWB
                                      {
                                      {   JUDGE BONAPFEL
```

**ORDER CONVERTING CHAPTER 13 CASE TO CHAPTER 7**

The above-styled case came before the Court on March 16, 2022 at 10:00 a.m. At said hearing, the Chapter 13 Trustee moved to have the instant case converted to one under Chapter 7 as the Debtor was delinquent in making plan payments as provided for by the Debtor's confirmed plan.

The Court entered an Order on the Trustee's Motion to Convert on May 6, 2022, which required the Debtor to remain current in plan payments for the next twelve (12) months.

It appearing, as evidenced by the Trustee's Supplemental Report, that the Debtor has failed to comply with the Order of this Court, it is HEREBY

ORDERED that the above-styled Chapter 13 case is converted to a Chapter 7 proceeding pursuant to 11 U.S.C. Section 1307.

The Clerk of Court is directed to serve a copy of this Order on those in the attached distribution list.

End of Document

Order Presented By:

_____/s/_____
Brandi L. Kirkland, Attorney
For Chapter 13 Trustee
GA Bar No.: 423627
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

IN RE:    SHEENA BLACKWELL YOUNG,     { CHAPTER 13
                                      {
                                      { CASE NO. A19-67578-PWB
          DEBTOR                      {
                                      { JUDGE BONAPFEL
```

**DISTRIBUTION LIST**

```
K. EDWARD SAFIR, CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, NE
SUITE 1600
ATLANTA, GA 30303

SHEENA BLACKWELL YOUNG
3304 QUICK WATER LANDING, NW
KENNESAW, GA 30144

CLARK & WASHINGTON, PC
3300 NORTHEAST EXPRESSWAY
BLDG. 3
ATLANTA, GA 30341
```