

**IT IS ORDERED as set forth below:**

Date: April 20, 2023

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-67578-PWB |
| SHEENA BLACKWELL YOUNG, | : | CHAPTER 7 |
| Debtor. | : | |

**ORDER APPROVING EMPLOYMENT OF BROKER, SUBJECT TO OBJECTION**

S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Sheena Blackwell Young ("**Debtor**") filed an *Application to Employ* (the "**Application**") Humphries & King Realty and John Ball (collectively hereafter referred to as "**Humphries & King**") as his listing agent to sell the real property generally known as 3304 Quick Water Landing NW, Kennesaw, GA 30144 (the "**Property**"), pursuant to the listing agreement between Trustee and Humphries & King ("**Listing Agreement**"). It appearing from the Application that Humphries & King does not represent any interest adverse to the Estate and is a

disinterested person as that term is defined in 11 U.S.C. § 101(14), and good cause having been shown, it is hereby

ORDERED as follows:

(a) Trustee is authorized to employ Humphries & King as his listing agent in connection with the Property pursuant to the Listing Agreement; and

(b) All sales contracts and commissions shall be subject to Bankruptcy Court approval.

This Order is entered subject to any objection by the United States Trustee or any other party in interest, which objection must be filed with the Clerk and served upon the undersigned Trustee within twenty-one (21) days of the entry of this Order.

## [END OF DOCUMENT]

**Prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER, LLC

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-122
mbargar@rlkglaw.com

**DISTRIBUTION LIST**

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Sheena Blackwell Young
3304 Quick Water Landing NW
Kennesaw, GA 30144

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341