UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-67784-JWC |
| | : | |
| DARWIN G. FLORES, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**TRUSTEE'S APPLICATION FOR SUBSTITUTION OF ATTORNEYS**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**" or "**Applicant**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Darwin G. Flores (the "**Debtor**"), and files *Trustee's Application for Substitution of Attorneys* (the "**Application**").  In support of the Application, Trustee respectfully shows the Court as follows:

**Introduction**

Trustee would like to employ Rountree Leitman Klein & Geer, LLC ("**RLKG**") as his counsel in this matter and in substitution of Arnall Golden Gregory LLP ("**AGG**").  More particularly, Trustee requests authority to employ RLKG to provide the same legal services that AGG was previously authorized to provide to him, including, without limitation: the extent and nature of the Bankruptcy Estate's interest in a certain real Property (defined below); legal issues relating to Trustee's duty to "collect and reduce to money" property of the Bankruptcy Estate, including a potential sale and transfer of the interest in the Property in accordance with applicable principles of Georgia law and the Bankruptcy Code; and analysis of legal issues regarding claims and prosecution of contested matters regarding claims, if and when directed to take place by Trustee.

**Jurisdiction and Venue**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

**Background Facts and Relief Requested**

2.      Under a previous order of the Court, Trustee employed the law firm of AGG to serve as attorneys for Trustee in this case. [Doc. No. 79].

3.      Prior to the petition date, Debtor was the sole owner of record of a certain real property with a common address of 5598 Charmaine Bnd, Norcross, GA 30071 (the "**Property**").

4.      Trustee has employed a broker to market and sell the Property, and Trustee's efforts in this regard continue.  *See* [Doc. No. 83].

5.      Effective August 2, 2022, Michael J. Bargar, a partner of AGG, changed law firms and is now a partner of RLKG.

6.      Trustee desires that RLKG be substituted for AGG as attorneys for the Trustee in this case.

7.      Trustee believes that such substitution will serve the best interests of the Bankruptcy Estate, Debtor, creditors, and other interested parties in that it would be unnecessary to acquaint new counsel with the legal issues bearing on the proper administration of the Bankruptcy Estate.

8.      To the best of Trustee's knowledge, and except as otherwise disclosed herein and in the Bankruptcy Rule 2014 Verification of Michael J. Bargar, the firm has no connection with the Debtor, his creditors, any party in interest in this case, their attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.  Said firm does not hold or represent an interest adverse to the estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a), as that term is defined in 11

U.S.C. § 101(14). Disclosure is made, however, that Michael J. Bargar, a partner of the firm, has been appointed by the United States Trustee for Region 21 to act as a panel trustee in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division.  As a result, employees of RLKG regularly communicate with employees of the Office of the United States Trustee.  In addition, RLKG represents S. Gregory Hays, in his capacity as trustee in unrelated matters

9.     The attorneys practicing with RLKG are admitted to practice in this Court, have knowledge and experience with regard to the matters in which the firm is to be engaged, and are well qualified to represent Trustee.  Attached as Exhibit "A" is the Rule 2014 Verification of Michael J. Bargar of RLKG.

10.     The current hourly billing rates of the attorneys and paralegals who may[1] render services in the case are as follows:

| Attorney: | Standard Hourly Rate: |
|---|---|
| William A. Rountree | $495.00 |
| Will B. Geer | $495.00 |
| Michael J. Bargar | $495.00 |
| Hal Leitman | $425.00 |
| David S. Klein | $425.00 |
| Alexandra Dishun | $425.00 |
| Benjamin R. Keck | $425.00 |
| Barret Broussard | $395.00 |
| Elizabeth Childers | $350.00 |
| Ceci Christy | $350.00 |

| Law Clerks: | Standard Hourly Rate: |
|---|---|
| Zach Beck | $195.00 |

| Paralegals: | Standard Hourly Rate: |
|---|---|
| Sharon M. Wenger | $195.00 |
| Kayte Moore | $175.00 |
| Megan Winokur | $150.00 |
| Catherine Smith | $150.00 |

---

[1]     Caitlyn Powers is an associate of RLKG, and she previously clerked for the Honorable Jeffery W. Cavender.  Ms. Powers will be ethically walled from this matter.

Yasmin Alamin                                    $150.00

Depending on need for particular experience or the exigencies of the case, other attorneys may also provide services. The above rates may be increased during the term of the proposed employment, if approved by Trustee and if so awarded by the Court.

11.     To expedite the marshalling and protecting of the Bankruptcy Estate's assets, RLKG has already performed certain legal services for the Bankruptcy Estate or plans to perform such services, which may be rendered prior to the signing of any order resulting from this Application

12.     Trustee proposes that RLKG be compensated for its services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law. No compensation will be paid by Trustee to said law firm except upon application to and approval by the Court after notice and hearing as required by law.

[INTENTIONALLY LEFT BLANK]

WHEREFORE, Trustee prays that RLKG be substituted for AGG as attorneys for the Trustee

in this case, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this ____ of August, 2022.

S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305-2153

Proposed Substitute Attorneys for Trustee:

ROUNTREE LEITMAN KLEIN & GEER, LLC

By:_____
    Michael J. Bargar
    Georgia Bar No. 645709
    mbargar@rlkglaw.com

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220

WHEREFORE, Trustee prays that RLKG be substituted for AGG as attorneys for the Trustee in this case, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 11th day of August 2022.

Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305-2153

_____
S. Gregory Hays
Chapter 7 Trustee


Proposed Substitute Attorneys for Trustee:

ROUNTREE LEITMAN KLEIN & GEER, LLC


By: */s/ Michael J. Bargar*
        Michael J. Bargar
        Georgia Bar No. 645709
        mbargar@rlkglaw.com

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220

## EXHIBIT "A"

## RULE 2014 VERIFICATION WITH REGARD TO
## EMPLOYMENT OF ATTORNEYS

The undersigned hereby declares under penalty of perjury:

1.      I am a partner with the law firm of Rountree Leitman Klein & Geer, LLC, with offices at Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, GA 30329 (the "**Firm**" or "**RLKG**").

2.      S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") in the bankruptcy case of Darwin G. Flores (the "**Debtor**"), has asked the Firm to represent him as Trustee in this case.

3.      To the best of my knowledge, the Firm has no connection with the Debtor, his creditors, any party in interest in this case, their attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. Said Firm does not hold or represent an interest adverse to the estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a), as that term is defined in 11 U.S.C. § 101(14). Disclosure is made, however, that Michael J. Bargar, a partner of the firm, has been appointed by the United States Trustee for Region 21 to act as a panel trustee in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division. As a result, employees of RLKG regularly communicate with employees of the Office of the United States Trustee. In addition, RLKG represents S. Gregory Hays, in his capacity as trustee in unrelated matters

4.      The Firm will not expect nor receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

Dated this 11th day of August 2022.

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709

## CERTIFICATE OF SERVICE

I, Michael J. Bargar, certify that I am over the age of 18, and that I have on the date set forth below served a copy of the foregoing TRUSTEE'S APPLICATION FOR SUBSTITUTION OF ATTORNEYS by United States first class mail with sufficient postage attached to assure delivery upon each of the following entities at the addresses stated:

Office of the United States Trustee
Room 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

Darwin G. Flores
5598 Charmaine Bnd
Norcross, GA 30071

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305-2153

This 11th day of August 2022.

/s/ Michael J. Bargar
Michael J. Bargar
Georgia Bar No. 645709