IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **DARWIN G. FLORES**, | : | CASE NO. **20-67784**-JWC |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS | : | |
| as Chapter 7 Trustee | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE BACKED SECURITIES, SERIES 2021-NPL1, | : | |
| Respondent. | | |

**RESPONSE AND OBJECTION TO TRUSTEE'S MOTION FOR AUTHORITY TO (A) SELL PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF ALL LIENS, INTERESTS AND ENCUMBRANCES AND (B) DISBURSE CERTAIN PROCEEDS AT CLOSING**

COMES NOW U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE BACKED SECURITIES, SERIES 2021-NPL1 (the "Respondent"), a creditor of the referenced Debtor, and hereby files this Response and Objection to the Chapter 7 Trustee's *Motion for Authority to (A) Sell property of the Bankruptcy Estate Free and Clear of all Liens, Interests and Encumbrances and (B) Disburse Certain Proceeds at Closing* and moves this Court to deny said Motion to the extent it seeks to sell the property without paying Respondent's full payoff. In support of its Response, the Respondent shows the Court as follows:

1.

On July 2, 2022 Darwin G. Flores ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Respondent has a claim in this case in the approximate amount of $106,440.14 secured by a first priority lien against Debtor's real property, to wit: 5598 Charmaine Bnd, Norcross, GA 30071 (the "Collateral"), memorialized by a recorded security deed.

3

On November 7, 2022 the Chapter 7 Trustee filed a *Motion for Authority to (A) Sell property of the Bankruptcy Estate Free and Clear of all Liens, Interests and Encumbrances and (B) Disburse Certain Proceeds at Closing*.

4.

To the extent that said motion seeks to authorize the sale of the real property located at 5598 Charmaine Bnd, Norcross, GA 30071 free and clear of liens, Respondent objects. Respondent holds a valid first priority position security deed and requests that it be paid in full its payoff as of the date of any proposed sale of the property. Respondent further requests that its interest would be satisfied only upon confirmation of receipt of good funds in the amount of the stated payoff.

5.

Respondent requests that it be paid in full, direct from the escrow of the closing attorney/escrow agent concurrent with closing.

6.

Respondent requests that the Chapter 7 Trustee be required to request an updated payoff not less than seven (7) from the closing date and permit Respondent adequate time to respond.

7.

Trustee should be required to execute an appropriate third party authorization form to facilitate Respondent providing the payoff information to parties required to utilize this information to complete the sale of the real property.

WHEREFORE, the Respondent prays that its Response and Objection to Chapter 7 Trustee's *Motion for Authority to (A) Sell property of the Bankruptcy Estate Free and Clear of all Liens, Interests and Encumbrances and (B) Disburse Certain Proceeds at Closing* , be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This November 10, 2022

                                              The Law Office of
                                              LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
                                              Attorneys for Respondent


                                              By:  /s/Andrew D. Gleason
                                                Andrew D. Gleason
                                                Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **DARWIN G. FLORES**, | : | CASE NO. **20-67784**-JWC |
| | : | |
| Debtor. | : | |
| | : | |
| ——————————— | : | ——————————— |
| S. GREGORY HAYS | : | |
| as Chapter 7 Trustee | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| U.S. BANK NATIONAL | : | |
| ASSOCIATION, AS INDENTURE | : | |
| TRUSTEE ON BEHALF OF AND WITH | : | |
| RESPECT TO BARCLAYS MORTGAGE | : | |
| TRUST 2021-NPL1, MORTGAGE | : | |
| BACKED SECURITIES, SERIES 2021- | : | |
| NPL1, | : | |
| Respondent. | | |

**CERTIFICATE OF SERVICE**

The undersigned, Andrew D. Gleason, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the

**RESPONSE AND OBJECTION TO TRUSTEE'S MOTION FOR AUTHORITY TO (A) SELL PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF ALL LIENS, INTERESTS AND ENCUMBRANCES AND (B) DISBURSE CERTAIN PROCEEDS AT CLOSING**

on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Darwin G. Flores
5598 Charmaine Bnd
Norcross, GA 30071

Michael J. Bargar
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road
Ste 555
Atlanta, GA 30305

      This November 10, 2022

                The Law Office of
                LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
                Attorneys for Respondent


                By:   /s/Andrew D. Gleason
                   Andrew D. Gleason
                   Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com