Fill in this information to identify the case:

Debtor 1  Sheena Blackwell Young

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District Of Georgia

Case number  19-67578

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002. 1.

**Name of creditor:** Truist Bank

**Court claim no.** (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account:   5  6  0  0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[✓] No

[ ] Yes. Date of the last notice: ____/____/____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify: (SEE ATTACHED) | (SEE ATTACHED) | (11) | $ 110.00 |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**

Debtor 1  Sheena Blackwell Young          Case number (*if known*) 19-67578
          First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Marlo Light

Digitally signed by /s/Marlo Light
DN: cn=/s/Marlo Light, o=Truist Bank, ou=Bankruptcy, email=marlo.light@truist.com, c=US
Date: 2022.07.20 12:00:56 -04'00'

Signature

Date: 07/20/2022

Print:    Marlo              Light           Title  Bankruptcy Processor
          First Name   Middle Name   Last Name

Company   Truist Bank

Address   Bankruptcy Department. RVW 3034. P.O.Box 27767
          Number       Street
          Richmond                          VA      23261
          City                              State   ZIP Code

Contact phone ( 855 ) 223 – 4641        Email  MortgageBankruptcy@suntrust.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges

## CERTIFICATE OF SERVICE

I, Marlo Light, do hereby certify that a true and exact copy of the foregoing Notice of Mortgage Post-Petition Fees was served by United States mail and/or electronic filing on 7/20/2022, addressed as follows:

Debtor:

Sheena Blackwell Young
3304 Quick Water Landing NW
Kennesaw, GA 30144
aka Sheena Young
aka Sheena Nicole Blackwell
aka Sheena Blackwell
aka Sheena N Blackwell
aka Sheena B Young

Debtor's Atty:

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Trustee:

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

/s/Marlo Light

Digitally signed by /s/Marlo Light
DN: cn=/s/Marlo Light, o=Truist Bank, ou=Bankruptcy, email=marlo.light@truist.com, c=US
Date: 2022.07.20 12:00:35 -04'00'

Bankruptcy Processor for Truist Bank.

| Group | Specify | Date Incurred | Amount |
|---|---|---|---|
| 11. Other | TS TITLE COSTS | 7/6/2022 | 110.00 |